**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 17 WAL 2015
:
            Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
LAPHON GRAY, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.